446 A.2d 599

**Raymond HOSSBACK**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

Argued May 19, 1982.

Decided June 17, 1982.

Arthur R. Thomas, Asst. Chief Counsel, Pa. Bd. of Probation and Parole, Robert A. Greeny, Harrisburg, for appellant.

Raymond Hossback, pro se.

John W. Packel, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.